# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN F. MATTISON,<br><br>              Plaintiff,<br><br>      v.<br><br>WILLIAM C. MATTISON; REBECCA D. MATTISON,<br><br>              Defendants.<br>_____/ | Case No.  1:16-cv-00973-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITH PREJUDICE**<br><br>(Docs. 5, 6) |

On July 5, 2016, Plaintiff Robin Mattison ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this action against Defendants William Mattison and Rebecca Mattison ("Defendants"). (Doc. 1.)  The complaint was duly screened pursuant to 28 U.S.C. § 1915(e)(2). On July 19, 2016, the Magistrate Judge recommended the action be dismissed, with prejudice, based on Plaintiff's failure to state a cognizable federal claim. (Doc. 5.) On August 11, 2016, Plaintiff filed her objections to the findings and recommendation for dismissal, contending she had indeed stated a claim upon which relief could be granted and rearticulating the allegations of the complaint.  (Doc. 7.)[1]

//

---

[1] Plaintiff further requested that, should the Court adopt the findings and recommendation that her complaint be dismissed, the Court should do so without prejudice.  The Court notes that dismissal from *federal* court with prejudice is no bar to Plaintiff bringing her action in state small claims court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on July 19, 2016 (Doc. 5) are ADOPTED IN FULL with the sole clarification that the action is DISMISSED WITHOUT PREJUDICE TO REFILING IN STATE COURT;
2. Plaintiff's motion to have the U.S. Marshal serve the complaint (Doc. 6) is DENIED as moot;
3. The Clerk of Court is directed to close this case.

This terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **August 16, 2016**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE